**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Starla Nefertis Trice<br><br>Debtor(s) | Case No. 14-11132 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/27/2014.

2) The plan was confirmed on 06/05/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/19/2014, 11/13/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/07/2016.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,801.32 |
| Less amount refunded to debtor | $165.00 |
| **NET RECEIPTS:** | **$3,636.32** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,498.51 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $137.81 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,636.32** |

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS SALES & LEASE OWNERSH | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Accounts Recovery Bureau, Inc. | Unsecured | 2,349.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Recovery Serv | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| Allstate Insurance | Unsecured | 2,856.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 525.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Annie Coleman | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CACH | Unsecured | 340.00 | 340.10 | 340.10 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 515.00 | 515.96 | 515.96 | 0.00 | 0.00 |
| Chase Bank | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,100.00 | 464.54 | 464.54 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 2,227.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CREST FINANCIAL | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FINGERHUT CORP | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Glenwood School | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 809.00 | 1,179.02 | 1,179.02 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Hertz | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hoosier FARM Bureau C.U. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 626.00 | 626.04 | 626.04 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 310.00 | 310.01 | 310.01 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 112.00 | 320.05 | 320.05 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,220.00 | 1,220.17 | 1,220.17 | 0.00 | 0.00 |
| Northern Plains Funding | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Payday America | Unsecured | 200.00 | 98.00 | 98.00 | 0.00 | 0.00 |
| Pendrick Capitol Parners LLC | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| Penncredit | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Secured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Ricky Johnson | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SOLID OAK FUNDING | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 1,460.00 | 2,131.36 | 2,131.36 | 0.00 | 0.00 |
| Stroger Hospital | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| THE College Network IV | Unsecured | 4,394.00 | 3,379.87 | 3,379.87 | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 23,000.00 | 37,778.71 | 37,778.71 | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 2,800.00 | 184.70 | 184.70 | 0.00 | 0.00 |
| VILLAGE OF SOUTH CHICAGO HEIGH | Unsecured | 350.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Williams Rush & Associ | Unsecured | 5,827.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,148.53** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,636.32 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,636.32** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/07/2016                    By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**